UNITED STATES DISTRICT COURT **SUPPRESSED**
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAY **31** 2017 |
| | ) | |
| Plaintiff, | ) | **U.S. DISTRICT COURT** |
| | ) | **EASTERN DISTRICT OF MO** |
| v. | ) No. | **ST. LOUIS** |
| | ) | |
| JACOB AUGUST NIEBRUEGGE and | ) | |
| SANDY GRIFFIN, | ) | **4:17CR251 AGF/PLC** |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about, July 15, 2016, in the City of St. Louis, within the Eastern District of Missouri,

**JACOB AUGUST NIEBRUEGGE,**

the Defendant herein, did knowingly transfer a firearm, knowing that the firearm would be used

in a crime of violence that is, armed robbery.

In violation of Title 18, United States Code, Section 924(h).

### COUNT TWO

The Grand Jury further charges that:

On or about, July 15, 2016, in the City of St. Louis, within the Eastern District of Missouri,

**SANDY GRIFFIN,**

the Defendant herein, did knowingly transfer a firearm, knowing that the firearm would be used

in a crime of violence that is, armed robbery.

In violation of Title 18, United States Code, Section 924(h).

A TRUE BILL.

_____
FOREPERSON

CARRIE COSTANTIN
Acting United States Attorney

_____
THOMAS J. MEHAN, #28958MO
Assistant United States Attorney